67 A.3d 791

Jessica JOHNSON and John Johnson, Respondents

v.

UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, Hospital of the University of Pennsylvania, Penn Medicine, The Trustees of the University of Pennsylvania and David J. Maron, M.D., Petitioners.

No. 73 EM 2013.

Supreme Court of Pennsylvania.

May 30, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of May, 2013, the Application to File Reply in Further Support of Emergency Application for Extraordinary Relief is **GRANTED.** Petitioners' Emergency Application for Extraordinary Relief Invoking the Supreme Court of Pennsylvania's King's Bench and Superintendency Powers, Petitioners' Emergency Motion for Stay Pending Application for Extraordinary Relief, the Application for Leave to File Brief Amicus Curiae filed by The Hospital & Healthsystem Association of Pennsylvania, and the Application for Leave to File Brief Supporting Emergency Application for Extraordinary Relief filed by the Pennsylvania Medical Society are **DENIED.**